IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER MARTINEZ,

      Plaintiff,

vs.           No. CIV 14-0992 JB/KK

GUADALUPE COUNTY; THE GEO
GROUP, INC.; CORIZON, INC.; DR.
MARK E. WALDEN; KATHERINE
ARMIJO; JOHN DOE, INC. (unidentified
flooring contractor); and JOHN DOES 1-6
(unidentified GEO Group employees or agents),

      Defendants.

## **ORDER**[1]

**THIS MATTER** comes before the Court on Defendants Guadalupe County and GEO's Motion for Summary Judgment (Regarding Failure to File Tort Claim Notice and Failure to Exhaust Administrative Remedies) and Memorandum in Support, filed April 6, 2015 (Doc. 40)("Motion"). The Court held a hearing on June 23, 2015. The Court will dismiss the Motion without prejudice to Defendants Guadalupe County and the GEO Group, Inc. renewing this motion in state court after the Court remands the case.

**IT IS ORDERED** that Defendants Guadalupe County and GEO's Motion for Summary Judgment (Regarding Failure to File Tort Claim Notice and Failure to Exhaust Administrative Remedies) and Memorandum in Support, filed April 6, 2015 (Doc. 40), is dismissed without

---

[1]This Order disposes of Defendants Guadalupe County and GEO's Motion for Summary Judgment (Regarding Failure to File Tort Claim Notice and Failure to Exhaust Administrative Remedies) and Memorandum in Support, filed April 6, 2015 (Doc. 40). The Court may, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

prejudice to Defendants Guadalupe County and the GEO Group, Inc. renewing this motion in state court after the Court remands the case.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Roger I. Smith
Revo/Smith Law Firm, LLC
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Patrick D. Allen
Michael D. Russell
Yenson, Allen & Wosick, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants Guadalupe County and GEO Group, Inc.*

Nicole M. Charlebois
Anthony David Griego
Champan & Charlebois, P.C.
Albuquerque, New Mexico

--and--

Amy Elizabeth Headrick
Butt Thornton & Baehr, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Mark E. Walden*

Norman F. Weiss
Simone, Roberts & Weiss, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants Corizon, Inc. and Katherine Armijo*